# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| | : | BANKRUPTCY NO. NO. 21-13079AMC |
| vs. | : | |
| | : | |
| Hazel Williamson, | : | |
| Debtor | : | |
| _____ | : | |

## CERTIFICATION OF SERVICE

    I, Shaina P. Bethala, Esquire, counsel for the debtor, certify that on April 14, 2022, Debtor's Objection to the Proof Claim is being served electronically or by first class mail, as the case may be, on the following parties:

| | |
|---|---|
| Scott F. Waterman<br>2901 St. Lawrence Ave<br>Suite 100<br>Reading, PA 19606 | United States Trustee<br>Office of United States Trustee<br>200 Chestnut Street<br>Suite 502<br>Philadelphia, PA 19106 |
| Fay Servicing, LLC<br>PO Box 814609<br>Dallas, TX 75381-4609 | Rebecca A. Solarz, Esquire<br>KML Law Group, P.C.<br>BNY Mellon Independence Center<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106 |
| Loren J. Morris, General Counsel,<br>Executive Vice President<br>Fay Servicing, LLC<br>425 S Financial Pl Ste 2000<br>Chicago, IL, 60605-1000 | Valerie Smith<br>Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541 |
| Maria Tsagaris<br>U.S. Bank Trust National Association,<br>not in its individual capacity but solely<br>as a trustee of NRZ Pass-Through Trust XII<br>c/o McCalla Raymer Leibert Peirce, LLC<br>1544 Old Alabama Rd<br>Roswell, GA 30076 | James R. Wood, Esquire<br>Portnoff Law Associates, Ltd.<br>2700 Horizon Drive, Suite 100<br>King of Prussia, PA 19406 |

/s/ Shaina P. Bethala
Shaina Priscilla Bethala, Esq.
Attorney ID: 327529
Legal Aid of Southeastern Pennsylvania
419 Avenue of the States, Suite 605
Chester, PA 19013
P. (484) 209-0854
F. (610) 874-4093
E. sbethala@lasp.org