# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Gerald Fulton Jr.  
          Debtor(s)

CHAPTER 13

BKY. NO. 19-15800 AMC

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Lycaste LLC and index same on the master mailing list.

Respectfully submitted,

/s/ **Mark A. Cronin**  
Mark Cronin  
13 Jun 2023, 17:23:48, EDT

KML Law Group, P.C.  
701 Market Street, Suite 5000  
Philadelphia, PA 19106-1532  
(215) 627-1322