IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re:<br>GERALD FULTON, JR.<br>**Debtor(s)** | )<br>)<br>) CHAPTER 13<br>) |
| CREDIT ACCEPTANCE CORPORATION<br>**Moving Party** | ) Case No.: 19-15800 (AMC)<br>)<br>) |
| v. | ) **Hearing Date: 8-2-23 at 11:00 AM**<br>) |
| GERALD FULTON, JR.<br>**Respondent(s)** | ) 11 U.S.C. 362<br>)<br>) |
| SCOTT F. WATERMAN<br>**Trustee** | )<br>)<br>)<br>) |

## ORDER VACATING THE AUTOMATIC STAY
## AS TO PERSONAL PROPERTY

Upon the motion of Credit Acceptance Corporation, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

ORDERED that the automatic stay of the Bankruptcy Code section 362(a) is vacated to permit the movant to pursue the movant's state court rights in the personal property described as a **2012 Ford Explorer** bearing vehicle identification number 1FMHK7D8XCGA70666 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

**It is further Ordered that this Order shall become effective immediately without regard to Bankr. R. 4001(a)(3).**

Date:   August 3, 2023

_____
UNITED STATES BANKRUPTCY JUDGE