Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023  
**Chapter 13 Case No. 19-15800-AMC**

GERALD FULTON, JR.  
7100 PENNSYLVANIA AVENUE  
Upper Darby  PA   19082

Petition Filed Date: 09/17/2019  
341 Hearing Date: 10/25/2019  
Confirmation Date: 06/09/2021

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/08/2022 | $2,960.00 | | 08/29/2022 | $740.00 | | 10/06/2022 | $741.00 | |
| 11/04/2022 | $740.00 | | 11/29/2022 | $740.00 | | 01/19/2023 | $741.00 | |
| 01/27/2023 | $740.00 | | 02/28/2023 | $740.00 | | 05/11/2023 | $745.00 | |
| 05/30/2023 | $740.00 | | | | | | | |

**Total Receipts for the Period: $9,627.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $29,607.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | CREDIT ACCEPTANCE CORP<br>»» 001 | Secured Creditors | $26,309.75 | $18,381.87 | $7,927.88 |
| 2 | PA DEPARTMENT OF REVENUE<br>»» 05U | Unsecured Creditors | $2,052.63 | $0.00 | $2,052.63 |
| 3 | PA DEPARTMENT OF REVENUE<br>»» 05P | Priority Crediors | $69.60 | $69.60 | $0.00 |
| 4 | SPRINT<br>»» 002 | Unsecured Creditors | $3,699.69 | $0.00 | $3,699.69 |
| 5 | SNAP-ON CREDIT<br>»» 003 | Unsecured Creditors | $3,924.65 | $0.00 | $3,924.65 |
| 6 | PHILADELPHIA PARKING AUTHORITY<br>»» 004 | Unsecured Creditors | $633.00 | $0.00 | $633.00 |
| 7 | LVNV FUNDING LLC<br>»» 006 | Secured Creditors | $4,193.04 | $2,766.92 | $1,426.12 |
| 8 | POLICE & FIRE FCU<br>»» 007 | Unsecured Creditors | $977.02 | $0.00 | $977.02 |
| 9 | LAND HOME FINANCIAL SERVICES INC<br>»» 008 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 10 | ATLAS ACQUISITIONS LLC<br>»» 009 | Unsecured Creditors | $759.57 | $0.00 | $759.57 |
| 11 | UPPER DARBY TOWNSHIP<br>»» 010 | Secured Creditors | $2,167.16 | $1,430.11 | $737.05 |
| 0 | DAVID M OFFEN ESQUIRE | Attorney Fees | $3,750.00 | $3,750.00 | $0.00 |

**Chapter 13 Case No. 19-15800-AMC**

### SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $29,607.00 | Current Monthly Payment: | $740.00 |
| Paid to Claims: | $26,398.50 | Arrearages: | $2,213.00 |
| Paid to Trustee: | $2,535.10 | Total Plan Base: | $41,440.00 |
| Funds on Hand: | $673.40 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.