### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | : | **CHAPTER 13** |
| | : | |
| **DREMA O'DELL** | : | |
| | : | **BANKRUPTCY NO. 22-12578-AMC** |
| **Debtor.** | : | |

### ORDER

AND NOW, upon consideration of Debtor's Motion for Confirmation of Status of The Automatic Stay and, If Applicable, to Reimpose Stay ("the Motion"), it is hereby **ORDERED** that:

1. The automatic stay pursuant to 11 U.S.C. Sect. 362 is hereby reimposed as to Cascade Funding RM1 Alternative Holdings LLC ("Cascade") through April 19, 2023;

2. The Ejectment action pending at Chester County Pennsylvania Court of Common Pleas, 2018-08540-RC ("Ejectment Action") is stayed in accordance with the remaining terms of this Order and an Eviction of the Debtor shall not occur during this period;

3. In the event that the Debtor files a pleading in the Ejectment Action requiring a response, any party in interest shall not be in violation of the automatic stay pursuant to 11 U.S.C. Section 362 if it chooses to file a responsive pleading(s);

4. Cascade may proceed with challenging the October 18, 2022 Order entered at Chester County Pennsylvania Court of Common Pleas, 2022-02241-CT, including but not limited to any applicable Petition or Motion to open the judgment entered therein.

5. A further hearing on the Motion is scheduled to be held on April 19, 2023 at 11:00 A.M. in Courtroom #4, at United States Bankruptcy Court, Nix Federal Courthouse, 900 Market Street, Philadelphia, PA 19107.

Dated: _____       _____
**Date: March 29, 2023**                    ASHELY M. CHAN
                                            U.S. BANKRUPTCY JUDGE