*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Drema O'Dell
    Debtor(s)

Case No: 22–12578–amc

Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Expedited Motion for Confirmation of Status of the Automatic Stay and, If Applicable, to Reimpose Automatic Stay or for Confirmation of Status of the Automatic Stay, Motion to Expedite Hearing (related documents Order on Motion For Relief From Stay, Order on Motion to Convert Case To Chapter 13) Filed by Drema O'Dell Represented by JOHN A. GAGLIARDI

    on: 4/19/23

    at: 11:00 AM

    in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 3/30/23

Timothy B. McGrath
Clerk of Court