**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Drema O'Dell a/k/a Floridarellc@gmail.com<br>Debtor(s) | CHAPTER 7 |
| CASCADE FUNDING RM1 ALTERNATIVE HOLDINGS, LLC<br>Movant<br>vs. | NO. 22-12578 AMC |
| Drema O'Dell a/k/a Floridarellc@gmail.com<br>Debtor(s) | |
| Gary F. Seitz Esq.<br>Trustee | 11 U.S.C. Section 362 |

**ORDER**

AND NOW, upon consideration of Debtor's Motion for Confirmation of Status of the Automatic Stay and, if applicable, to Reimpose Stay and upon consideration of the representation of the parties at the August 23, 2023 status conference, it is hereby ordered as follows:

1. The Debtor's Motion for Confirmation of Status of the Automatic Stay and, if applicable, to Reimpose Stay is hereby continued indefinitely;
2. The automatic stay as to Cascade Funding RM 1 Alternative Holdings, LLC shall remain in place until further order of this Court;
3. The ejectment action pending in Chester County is stayed in accordance with the remaining terms of this Order and an Eviction of the Debtor shall not occur until the stay is vacated by further order of this Court or by operation of law;
4. In the event the Debtor files a pleading in the ejectment action, any party in interest shall not be in violation of the automatic stay if it chooses to file responsive pleadings;
5. The parties may proceed with litigation in the underlying state court action in the Chester Court of Common Pleas bearing Docket # 2022-02241-CT;
6. The Debtor's Motion for Confirmation of Status of the Automatic Stay and, if applicable, to Reimpose Stay and stay may be relisted by either party filing a praecipe to relist detailing the progress in the state court matter or detailing other cause for relisting that may arise.

Dated: September 5, 2023

______________________________
United States Bankruptcy Judge